No. 02–105. VUKELICH v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 02–106. LORANGER v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–109. ALICEA v. UNITED STATES; and
No. 02–5442. MATIAS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 287 F. 3d 609.

No. 02–110. COLLINS v. GREENBERG ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–113. SCATES v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 02–114. GRAVITTE v. NORTH CAROLINA DIVISION OF MOTOR VEHICLES ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–115. GREEN, INDIVIDUALLY AND AS TRUSTEE, ET AL. v. FUND ASSET MANAGEMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–116. GONZALEZ v. TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 02–118. OUIMETTE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–119. BRYCE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–120. MILLBROOK v. IBP, INC. C. A. 7th Cir. Certiorari denied.

No. 02–122. KLOSTER CRUISE LINES N. V., DBA NORWEGIAN CRUISE LINE v. ESPINET ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 02–123. LEES v. EVANS, SECRETARY OF COMMERCE. C. A. Fed. Cir. Certiorari denied.

No. 02–124. SIKES ET AL. v. AMERICAN TELEPHONE & TELEGRAPH CO. C. A. 11th Cir. Certiorari denied.